IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MM & AM, minor plaintiffs, by their mother DANIELLE MULLIN,<br><br>                Plaintiffs,<br><br>  v.<br><br>RELIASTAR LIFE INSURANCE COMPANY,<br><br>                Defendant. | CIVIL ACTION<br>NO. 20-1438 |

## ORDER

**AND NOW**, this 21st day of January 2021, upon consideration of the Amended Complaint (Doc. No. 9), Defendant ReliaStar Life Insurance Company's Answer (Doc. No. 11) and Motion for Judgment on the Pleadings (Doc. No. 12), and related filings (Doc. Nos. 14, 15), it is **ORDERED** that Defendant's Motion for Judgment on the Pleadings (Doc. No. 12) is **DENIED**.

                                                  BY THE COURT:


                                                  /s/ Joel H. Slomsky_____
                                                  JOEL H. SLOMSKY, J.