IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MM and AM, minor plaintiffs, by their mother DANIELLE MULLIN,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>RELIASTAR LIFE INSURANCE COMPANY,<br><br>　　　　　　Defendant. | CIVIL ACTION<br>NO. 20-1438 |

## CIVIL JUDGMENT

Before the Honorable Joel H. Slomsky

**AND NOW**, this 2nd day of December 2021, in accordance with the Findings of Fact and Conclusions of Law issued this date, and in accordance with the verdict of the advisory jury (Doc. No. 45), it is **ORDERED** that Judgment be and the same is hereby entered in favor of Defendant Reliastar Life Insurance Company and against Plaintiffs, MM and AM. The Clerk of Court shall mark this case closed.

　　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　　ATTEST:
　　　　　　　　　　　　　　　　　　　　　　Matthew J. Higgins
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk